IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. C 15-80108 WHA

**ORDER DENYING PERMISSION TO FILE LAWSUIT AGAINST DEUTSCHE BANK *ET AL*.**

In compliance with the terms of his supervised release (Dkt. No. 312), defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in federal court. The complaint against Deutsche Bank National Trust Company, Carrington Mortgage Services, LLC, and several individuals, alleges a grand scheme and conspiracy to defraud Brosnan. The proposed complaint alleges that the defendants created falsified documents to "illegally dispose of Brosnan's personal property in order to deprive Brosnan of assets with which to attack the illegal actions of defendants" (Compl. 4). Moreover, the only federal claims Brosnan asserts are for violations of federal wire fraud, mail fraud, and conspiracy statutes. These are criminal statues that do not provide for any private right of action.

Brosnan's proposed complaint is completely frivolous. Permission to file this complaint against Deutsche Bank, Carrington Mortgage Services, and the named individuals is **DENIED**. The complaint is **DISMISSED** and the clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE